IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**SISTER MICHAEL MARIE,** *et al.,*

      Plaintiffs,

  vs.                                               Civil Action 2:11-CV-474
                                                        Judge Watson
                                                        Magistrate Judge King

**AMERICAN RED CROSS,** *et al.,*

      Defendants.


<u>ORDER</u>

This matter is before the Court on defendant American Red Cross' *Consent Motion to Extend Time to Complete Depositions*, Doc. No. 64, which seeks a 45 day extension to the discovery and summary judgment deadlines. According to defendant American Red Cross, the parties have experienced difficulty coordinating their schedules to complete plaintiff's depositions within the allotted time. *Id*. at p. 2. Also before the Court is the *Amended Motion of Plaintiffs for an Order to Compel*, Doc. No. 66, which is ripe for consideration. Plaintiffs' initial motion to compel, Doc. No. 65, was filed on the same day as the *Consent Motion to Extend Time to Complete Depositions*.

The *Consent Motion to Extend Time to Complete Depositions*, Doc. No. 64, is **GRANTED**. The *Preliminary Pretrial Order*, Doc. No. 26, is **MODIFIED** as follows:

All discovery must be completed by December 14, 2012.

Motions for summary judgment must be filed, if at all, no later than January 13, 2013.

1

Plaintiff's *Motion to Compel*, Doc. No. 65, and *Amended Motion of Plaintiffs for an Order to Compel*, Doc. No. 66, are **DENIED** as moot.

The parties are **ADVISED** that there will be no further extension of the discovery deadline or the summary judgment deadline.

The Clerk is **DIRECTED** to remove Doc. Nos. 64, 65 and 66 from the Court's pending motions list.[1]

s/ Norah McCann King
Norah M<sup>c</sup>Cann King
United States Magistrate Judge

November 13, 2012

---

[1] Plaintiffs represent that they will withdraw their motions to compel if the *Consent Motion to Extend Time to Complete Depositions* is granted. *See Amended Motion of Plaintiffs for an Order to Compel*, p. 10.